IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| FREDRICK MOSLEY, # 233819, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANGELA WILSON, CATHY )<br>BROWN, NATHANIEL )<br>LAWSON, TIMOTHY )<br>ATKINSON, KELVIN TEAL, )<br>LARRY ANGLIN, JAMES )<br>SHEPERD, JOSEPH DANNY, )<br>WALTER MYERS, PATRICE )<br>RICHIE, OFFICER COOK, K. )<br>WILSON, CORIZON, and )<br>SHERRY LIGHTNER, )<br>)<br>Defendants. ) | CASE NO. 2:16-CV-562-WKW<br>[WO] |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 7.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 7) is ADOPTED; and

2. This case is DISMISSED without prejudice for Plaintiff's failure to comply properly with the orders of the court. (Doc. # 5.)

A final judgment will be entered separately.

DONE this 25th day of October, 2016.

                                            /s/ W. Keith Watkins
                                CHIEF UNITED STATES DISTRICT JUDGE